UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALAN BOUDREAUX (#254702)          CIVIL ACTION

VERSUS

JASON KENT, ET AL.          NO. 20-00120-BAJ-EWD

### RULING AND ORDER

Before the Court is Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)**. The Petition is opposed. (Doc. 7).

On February 16, 2023, the Magistrate Judge issued a **Report and Recommendation (Doc. 29, the "R&R")**, recommending that Petitioner's Petition fails to set forth a viable claim of ineffective assistance of counsel. The Magistrate Judge further recommended that the Court deny Petitioner a certificate of appealability (COA). Petitioner's deadline to object to the R&R has passed, without any objection from Petitioner.

Upon de novo review, and having carefully considered Petitioner's Petition, the State's opposition, the state court record, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)** be and is hereby

**DENIED.**

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, in the event Petitioner pursues an appeal in this case, a certificate of appealability be and is hereby **DENIED** because reasonable jurists would not debate the denial of Petitioner's Petition or the correctness of the Court's substantive rulings.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 9th day of March, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**